# UNITED STATES DISTRICT COURT
## District of Minnesota

Jean Carlos Vera Espana

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1363 JMB/ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the Petition (Doc. No. 1) is GRANTED, as follows:
1. Respondents are ORDERED to release Petitioner Jean V. from custody immediately in Minnesota without conditions, and in any event on or before 4:00 p.m. CT on February 14, 2026. Respondents are further ordered to provide advanced notice to Petitioner's Counsel of the time and location of the release.
2. On or before 11:00 a.m. CT on February 17, 2026, counsel for Respondents shall file a letter affirming that Petitioner was released from custody in Minnesota without conditions in accordance with this Order. Counsel shall also file a declaration on or before 11:00 a.m. CT on February 17, 2026, pursuant to 28 U.S.C. § 1746 by an individual with personal knowledge that states when and where the Petitioner was released, attaches any and all documentation concerning the Petitioner's release, and affirms that all property of Petitioner was returned to Petitioner upon release (or, if property is retained, state which property is retained, the legal basis for its retention, and affirm that Respondents duly provided Petitioner with certified copies of any and all immigration-related documentation).
3. Jean V. may move separately within 30 days of final judgment in this action to recover

attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).
4. To the extent Petitioner seeks relief beyond an order requiring release or an order requiring a bond hearing, the Petition is DENIED.
5. Petitioner's Emergency Motion for Temporary Restraining Order (Doc. No. 2) is DENIED AS MOOT.

Date: 2/13/2026

KATE M. FOGARTY, CLERK